# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE H. TORRES, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAZAKI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 8:20-cv-02428-SVW-SP <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits, and dismissing this action with prejudice.

Dated: April 18, 2023

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE