JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE H. TORRES, | ) Case No. 8:20-cv-02428-SVW-SP |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| KILOLO KIJAZAKI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: April 18, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE